Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CLARK, | ) Case No.  CV 13-1561 DMR |
|  | ) |
| Plaintiff, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
|  | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff Sharon Clark and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.

/ / /

/ / /

/ / /

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 30, 2013 for filing dispositional documents.

Dated: 4/16/13                    LAW OFFICE OF TODD FRIEDMAN, P.C.

                                  */s/Todd Friedman*
                                  Todd Friedman
                                  Attorney for Plaintiff
                                  Sharon Clark


Dated: 4/16/13                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/ Albert R. Limberg*
                                  Albert R. Limberg
                                  Attorney for Defendant
                                  NCO Financial Systems, Inc.