Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON CLARK,** | ) Case No.  4:13-cv-01561-DMR |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 2nd day of May, 2013

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Albert R. Limberg, Esq.
Sessions Fishman, Nathan & Israel, LLP
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 2nd day of May, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Mr. Al Limberg
Sessions Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

This 2nd day of May, 2013.

s/Todd M. Friedman
Todd M. Friedman

Stipulation to Dismiss- 2